# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Airman First Class KENDALL L. FLOYD
### United States Air Force

## ACM S32290

## 12 November 2015

Sentence adjudged 4 December 2014 by SPCM convened at Hill Air Force Base, Utah.  Military Judge:  Brendon K. Tukey.

Approved Sentence:  Bad-conduct discharge and reduction to E-1.

Appellate Counsel for the Appellant:  Major Jeffrey A. Davis.

Appellate Counsel for the United States:  Colonel Katherine E. Oler and Gerald R. Bruce, Esquire.

Before

ALLRED, TELLER, and ZIMMERMAN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

LEAH M. CALAHAN
Deputy Clerk of the Court